JOHN S. PILLSBURY v. JOHN FOLEY and Others.[1]

June 25, 1895.

Nos. 9448—(202).

**Appealable Order—Denying Motion to Dismiss.**
An order denying a motion to dismiss an action is not appealable.

Appeal by defendants from an order of the district court for Ramsey county, Kerr, J., denying a motion to dismiss the action. The ground of motion was that the action was for the determination of a right or interest in and injuries to real estate situate in Benton and Morrison counties, and that the district court for Ramsey county had no jurisdiction of the action. Dismissed.

*George H. Reynolds*, for appellants.
*Edward C. Gale*, for respondent.

[1] Reported in 63 N. W. 1027.

PER CURIAM.   This appeal is from an order denying a motion to dismiss the action.   The order is not appealable.

Appeal dismissed.